IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>JULIO ANTONIO CÁDIZ TAPIA (4)<br>Defendant, | CRIM. NO. 18-308-4 (GAG) |

## MOTION TO RESTRICT DOCUMENT

**TO THE HONORABLE COURT**:

COMES NOW defendant JULIO ANTONIO CÁDIZ TAPIA, through the undersigned attorney, and very respectfully states as follows:

The undersigned file a Sentencing Memorandum next, which contains private information regarding Mr. Cádiz. In order to maintain the privacy of the information detailed therein, the undersigned requests leave to file the motion using the Selected Parties viewing restriction, son only the Court the prosecution and the USPO can have access to it. This motion to restrict is filed in compliance with Standing Order No. 9 issued by this Court, Misc. No. 03-149 (ADC).

**I HEREBY CERTIFY** that on this date I electronically filed the present notice with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the selected parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 5th day of August, 2021.

*S/JOSÉ GUILLERMO PÉREZ ORTIZ*

**USDC-PR No. 226404**
MAI Center
Marginal Kennedy 771, Cll 1, Suite 204
San Juan, Puerto Rico 00920-1706
Tel. (787) 409-7884/Fax.1-888-227-5728
E-mail: joseguiperez@gmail.com
[joseguiperez@yahoo.com](joseguiperez@yahoo.com)